**Order entered August 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01223-CV

## MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING COMPANY, LLC, Appellants

### V.

## ESPOSITO SECURITIES, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Appellants request that we also treat this appeal as a petition for writ of mandamus. We **ABATE** the mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court to allow the successor judge to reconsider the ruling of the trial court. The parties shall timely notify this Court of all events affecting the status of this case, including when the successor judge has ruled in accordance with rule 7.2(b). The parties shall file a status report by August 28, 2015.

/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE